UNITED STATES of America, Plaintiff–Appellee,

v.

Larry Darnell BELCHER, a/k/a Truck, Defendant–Appellant.

No. 14–7893.

United States Court of Appeals, Fourth Circuit.

Submitted: April 30, 2015.

Decided: May 12, 2015.

Larry Darnell Belcher, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Darnell Belcher appeals the district court's order denying his motion to waive a document retrieval fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Belcher,* No. 4:97–cr–70018–JLK–1 (W.D.Va. Dec. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-

gument would not aid the decisional process.

*AFFIRMED.*